IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR430 |
| | ) | |
| v. | ) | |
| | ) | |
| SHONDRA McNALLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 6). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for dismissal is granted. The indictment as to defendant Shondra McNally is dismissed without prejudice.

DATED this 22nd day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court